# EXHIBIT I

## '004 Claim Chart

| CLAIM 1 OF U.S. PATENT 11,199,004 | ACOUFELT SOFTENUP DROP CEILING SYSTEM |
|---|---|
| A dynamic acoustic drop ceiling system, comprising: | *Preamble* |
| a plurality of acoustic drop ceiling products, | [Image: Plurality of Acoustic Drop Ceiling Products] |
| each of said plurality of acoustic drop ceiling products comprising an edge and a recess, said edge configured to be modified into a temporarily deformed shape from an original shape and then returned to said original shape; | [Image: Edge / Recess] |

1

| | |
|---|---|
| at least one backer panel, said at least one backer panel configured with at least one indent . . . | *[Image: backer panel with labels "Backer Panel" and "At Least One Indent"]* |
| . . . to accept said edge, in said temporarily deformed shape, from said plurality of acoustic drop ceiling products, said edge configured to thereafter return to said original shape such that said at least one indent holds said edge in position, | *[Image: close-up with labels "Indent" and "Edge"]* |
| said at least one backer panel further configured in a square shape using an opaque material; | *[Image: backer panel with labels "Backer Panel ✓ Square Shape ✓ Opaque Material" and "Plurality of Acoustic Drop Ceiling Products"]* |

2



| | |
|---|---|
| said at least one backer panel configured for installation into a drop ceiling hanger in a cantilever arrangement; | |
| wherein, said combination of said backer panel and said plurality of acoustic drop ceiling products configured for installation into a drop ceiling hanger, such that said backer panel when installed will be parallel to a ceiling and said backer panel will block the entire view of said ceiling from directly below. | |

3