# EXHIBIT K

# '827 Claim Chart

| CLAIM 11 OF U.S. PATENT 11,834,827 | ACOUFELT'S SOFTENUP CEILING SYSTEM |
|---|---|
| A ceiling system comprising: | *-Preamble-* |
| a ceiling tile section comprising: | |
| a plurality of ceiling products, | <br>**Plurality of Ceiling Products** |
| each of the plurality of ceiling products comprising: a main body; a pair of slots protruding upward from the main body and configured to engage a ceiling hanger system; | <br>**Main Body**<br>**Pair of Slots** |

a backer panel comprising: a top surface; a bottom surface opposite the top surface; and a plurality of openings extending from the bottom surface to the top surface;

Top Surface

Bottom Surface

Plurality of Openings

Backer Panel

the plurality of ceiling products installed into the backer panel so that for each of the plurality of ceiling products: (1) the main body is located below the bottom surface of the backer panel; and (2) the pair of slots extends through a corresponding pair of the plurality of the openings and protrude from the top surface of the backer panel.

Pair of Slots

Top Surface

Main Body

Bottom Surface

Slot

Opening

Top Surface

Main Body

Bottom Surface

2