# EXHIBIT L

# '045 Claim Chart

| CLAIM 19 OF U.S. PATENT 11,933,045 | ACOUFELT SOFTENUP DROP CEILING SYSTEM |
|---|---|
| A ceiling system comprising: | *Preamble* |
| a backer panel formed of a felt material and comprising: a top surface; a bottom surface opposite the top surface; and a plurality of openings extending from the top surface to the bottom surface; | Annotated image showing Bottom Surface, Top Surface, Plurality of Openings, and Backer Panel (Felt Material). |
| a plurality of linear ceiling components formed of a felt material, the plurality of linear ceiling components mounted to the backer panel adjacent the bottom surface of the backer panel in a parallel arrangement to form a ceiling tile | Annotated image showing Plurality of Linear Ceiling Components (Felt Material, Parallel Arrangement) and Bottom Surface of Backer Panel. |

| | |
|---|---|
| each of the plurality of ceiling components comprising a plurality of tabs that extend through the openings of the backer panel and protrude from top surface of the backer panel | *Image: labeled photograph showing "Plurality of Tabs", "Top Surface of Backer Panel", "Plurality of Ceiling Components", with inset close-up labeling "Tab", "Opening of Backer Panel", and "Top Surface of Backer Panel".* |
| each of the tabs comprising an outwardly-facing recess that is configured to receive and engage an edge of a ceiling hanger of a ceiling hanger system to mount the ceiling tile to the ceiling hanger system | *Image: close-up photograph labeling "Tab", "Recess", and "Outward Direction" arrow.* |

2